FILED
HARRISBURG, PA
JAN 08 2025
PER _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | C.R. NO. 1:25-CR-09 |
| | : | |
| v. | : | (Judge SAPORITO  ) |
| | : | |
| **DEVANTE SHORTS,** | : | |
| | : | |
| Defendant. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
### 18 U.S.C. § 751(a)
### (Escape From Custody)

On or about August 21, 2024, within the Middle District of Pennsylvania, the defendant,

### DEVANTE SHORTS,

did knowingly escape from custody in the Capitol Pavilion CCC Harrisburg, Pennsylvania, an institutional and facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Middle District of Pennsylvania upon conviction for the commission of Possession of a Firearm by a Prohibited Person, in violation of Title 18, United States Code, Section 922(g)(1).

2

All in violation of Title 18, United States Code, Sections 751(a) and 4082.

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

*[signature]*

Stephen W. Dukes
Assistant United States Attorney

1/8/2025
Date

2